262 ATTORNEY GENERAL vs. CIRCUIT JUDGE (Calhoun), No. 12080.

To compel respondent to vacate order quashing an information. Granted July 1, 1891.

The information charged a violation of Act No. 187, Public Acts of 1887. Respondent held the Act unconstitutional, in that the title expressed more than one object.

Relator cited Railway Co. vs. Dunlap, 47 M., 457; Cont. Imp. Co. vs. Phelps, 47 M., 299; Swartwout vs. Air Line, 24 M., 391; Conn. Fire Ins. Co. vs. St. Treasurer, 31 M., 6 (1004); People vs. Bradley, 36 M., 447; Kurtz vs. People, 33 M., 279; People vs. Mahaney, 13 M., 481; Hart. Fire Ins. Co. vs. Raymond, 70 M., 485 (1075).

263 CRANE (Pros. Attorney) vs. CIRCUIT JUDGE (Saginaw), No. 15992, 3 D. L. N., 750.

To vacate an order quashing an information charging respondent therein with obtaining money by false pretenses, under How. Stat., Sec. 9161. Granted January 13, 1897.